## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | **JUDGMENT IN A CIVIL CASE** |
| **ARDAVAN ASLIE,** |  |
|  | CASE NO: **2:24–CV–01181–AC** |
| v. |  |
| **AMERICAN BOARD OF ORTHOPAEDIC SURGERY,** |  |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/01/2024**

 

                                                         **Keith Holland**
                                                         Clerk of Court

ENTERED:  **August 2, 2024**

                                        by: /s/ C. Nair
                                               Deputy Clerk